# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LYN L. STAMLER, | Case No. 2:22-cv-02023-JAD-NJK |
| Plaintiffs, | **ORDER** |
| v. | [Docket No. 7] |
| PRO TRUCKING INC., et al, | |
| Defendants. | |

Pending before the Court is the parties' joint proposed discovery plan. Docket No. 7. The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). Here, however, the parties seek an 18-month discovery period based on generalized assertions regarding alleged difficulties in obtaining certain discovery and the complexity of Plaintiff's damages. Docket No. 7 at 3. When a specific showing has been made that established deadlines cannot be met in a particular circumstance, the Court has found good cause for extension. The instant request makes no specific showing at all and, instead, simply cites generalizations that could be made about all litigation.

Accordingly, the proposed discovery plan is **DENIED** without prejudice. Docket No. 7. An amended discovery plan must be filed by January 27, 2023. To the extent special scheduling review is sought therein, a specific showing must be made as to why the presumptively reasonable deadlines should not apply based on the particular circumstances of this case. Otherwise, the parties must include the default deadlines, properly calculated from the date of Defendants' answer or first appearance.

IT IS SO ORDERED.

Dated: January 20, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1