UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LYN L. STAMLER,

    Plaintiff,

v.

PRO TRUCKING, INC., et al.,

    Defendants.

Case No. 2:22-cv-02023-JAD-NJK

**ORDER**

[Docket Nos. 16, 17]

    Pending before the Court are the parties' stipulation for leave to file third-party complaint, Docket No. 16, and stipulation to extend discovery deadlines, Docket No. 17.

    The parties seek leave for Defendants to file a third-party complaint, Docket No. 16, and to extend this case's discovery deadlines by 120 days, Docket No. 17. The deadline to amend the pleadings/add parties in this case expired on June 5, 2023. *See* Docket No. 13 at 2. The parties' stipulation to extend seeks to reopen and extend that deadline to September 5, 2023. *See* Docket No. 17 at 6. Requests to extend a deadline after the subject deadline has expired must be supported both by a showing of good cause and excusable neglect. Local Rule 26-3. The parties fail to address in either stipulation why their failure to move to extend the amendment deadline prior to its expiration date is the result of excusable neglect. *See* Docket Nos. 16, 17.

    Accordingly, the parties' stipulation for leave to file third-party complaint and stipulation to extend discovery deadlines are **DENIED** without prejudice. Docket Nos. 16, 17. Any subsequent stipulations must address all relevant standards and fully comply with this Court's Local Rules.

    IT IS SO ORDERED.

    DATED: July 31, 2023.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE