# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LYN L. STAMLER,<br><br>    Plaintiff,<br><br>v.<br><br>PRO TRUCKING, INC., et al.,<br><br>    Defendants. | Case No. 2:22-cv-02023-JAD-NJK<br><br>**ORDER**<br><br>[Docket Nos. 19, 20, 22, 23] |

Pending before the Court are the parties' amended stipulation for leave to file third-party complaint, Docket No. 22, and amended stipulation to extend discovery deadlines, Docket No. 23.[1]

The parties seek leave for Defendants to file a third-party complaint in light of information discovered at Defendant Geoffrey Lunning's deposition. Docket No. 22 at 2. The parties submit that excusable neglect exists for their failure to move to file the third-party complaint prior to this case's deadline to amend the pleadings because the underlying information was not discovered until after that deadline was closed. *Id.* The parties fail, however, to explain why Defendants did not discover information they possessed until their own deposition. *See* Docket No. 22. Nonetheless, as a onetime courtesy to the parties, the Court will **GRANT** the parties' stipulation for leave to file third-party complaint. Docket No. 22. Defendants must promptly file and serve the third-party complaint on all relevant parties.

The parties further ask the Court to extend this case's scheduling order deadlines by 120 days. Docket No. 23 at 2. Because the Court is granting the parties' stipulation for leave to file third-party complaint, it will **GRANT** the parties' stipulation to extend discovery deadlines. Docket No. 22. However, in light of the 240-day discovery period already allowed, *see* Docket

---

[1] The parties filed substantively identical stipulations that failed to comply with Local Rule IC 5-1(b). *See* Docket Nos. 19, 20. Those stipulations are **DENIED** as moot.

Nos. 10 (scheduling order), 13 (first extension), **NO FURTHER EXTENSIONS WILL BE GRANTED.** The scheduling order is **MODIFIED** as follows:

| | |
|---|---|
| Add/Amend Pleadings for the third-party case only: | September 12, 2023 |
| Initial Experts for the third-party case only: | October 12, 2023 |
| Rebuttal Experts for the third-party case only: | November 13, 2023 |
| Discovery Cut-Off for all parties: | December 11, 2023 |
| Dispositive Motions for all parties: | January 10, 2024 |
| Joint Pretrial Order: | February 9, 2024, 30 days after the resolution of dispositive motions, or further Court order. |

IT IS SO ORDERED.

DATED: August 4, 2023.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE