1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LYN STAMLER,

        Plaintiff,

    vs.

PRO TRUCKING, INC., a Minnesota Corporation d/b/a PRO ADVANTAGE; GEOFFREY LUNNING; DOES 1 through 20, inclusive; and ROE BUSINESS ENTITIES 1 through 20, inclusive,

        Defendants.

---

PRO TRUCKING, INC., a Minnesota Corporation; GEOFFREY LUNNING,

        Third Party Plaintiffs

vs.

ADVENTURE PILOTING, a Utah Company; JAMIE LYNN HOLDAWAY; DOES 1 through 20, inclusive; and ROE BUSINESS ENTITIES 1 through 20, inclusive,

        Third Party Defendants

CASE NO.:   2:22-cv-02023

**ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**<u>SUBSTITUTION OF ATTORNEY</u>**

LYN STAMLER, Plaintiff, hereby substitutes JOSHUA BENSON, ESQ., of BENSON ALLRED INJURY LAW, 333 North Rancho Drive, Suite 420 Las Vegas, Nevada 89106 (702) 820-0000, as attorney of record in place and stead of KEVIN KING, ESQ., of GGRM LAW FIRM, 2270 South Maryland Parkway, Suite 100 Las Vegas, Nevada 89109 (702) 384-1616.

DATED: January __12__, 2024.

_____
Lyn Stamler

I consent to the above substitution.

DATED: January __16__, 2024.

_____
Kevin King, Esq.

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: January __17__, 2024.

_____
Joshua Benson, Esq.

Please check one: ✓ RETAINED, or ___ APPOINTED BY THE COURT.

APPROVED:

DATED: __January 18, 2024__

_____
Nancy J. Koppe
United States Magistrate Judge

2