Joshua L. Benson, Esq.
Nevada Bar No. 10514
BENSON ALLRED
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
Telephone: (702) 820-0000
Facsimile: (702) 820-1111
E-mail: josh@bensonallred.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LYN L. STAMLER,<br><br>         Plaintiff,<br>   vs.<br><br>PRO TRUCKING, INC., a Minnesota Domestic Corporation d/b/a PRO ADVANTAGE; GEOFFREY LUNNING; DOES 1 through 20, inclusive; and ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>         Defendants.<br><br>PRO TRUCKING, INC., a Minnesota Domestic Corporation; GEOFFREY LUNNING<br><br>         Third-Party Plaintiffs,<br>   vs.<br><br>ADVENTURE PILOTING, a Utah Company, JAMIE LYNNE HOLDAWAY; DOES 1 through 20, inclusive; and ROE BUSINESS ENTITIES 1 through 20, inclusive.<br><br>         Third-Party Defendants. | CASE NO. 2:22-cv-02023<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE PROPOSED JOINT PRETRIAL ORDER** |

The parties, by and through their undersigned counsel of record, hereby stipulate and agree to an extension of the deadline to file the Proposed Joint Pretrial Order.

The Proposed Joint Pretrial Order is currently due by May 10, 2024. The parties have scheduled a private mediation on July 10, 2024, in hopes of reaching a resolution.

///

///

///

1

As such, the parties stipulate and agree to jointly ask the Court to extend the deadline to submit the Proposed Joint Pretrial Order to July 24, 2024.

IT IS SO STIPULATED.

Dated this 10th of May, 2024.

| BENSON ALLRED INJURY LAW | BREMER WHYTE BROWN & O'MEARA LLP |
|---|---|
| */s/ Joshua Benson*<br>Joshua L. Benson, Esq.<br>Nevada Bar No. 10514<br>333 N. Rancho Drive, Suite 420<br>Las Vegas, Nevada 89106<br>*Attorneys for Plaintiff* | */s/* Melissa Ingleby<br>Scott W. Ulm, Esq.<br>Nevada Bar No. 12652<br>Melissa Ingleby, Esq.<br>Nevada Bar No. 12935<br>1160 N. Town Center Drive, Suite 250<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendants/Third Party Plaintiffs, Pro Trucking, Inc. & Geoffrey Lunning* |

DENNETT WINSPEAR, LLP

*/s/* Ryan Dennett
Ryan L. Dennett, Esq.
Nevada Bar No. 5617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
*Attorneys for Third-party Defendants,
Adventure Piloting and Jamie Lynn Holdaway*

**IT IS SO ORDERED.**

DATED: May 13, 2024

_____
United States Magistrate Judge

2