Joshua L. Benson, Esq.
Nevada Bar No. 10514
BENSON ALLRED
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
Telephone: (702) 820-0000
Facsimile: (702) 820-1111
E-mail: josh@bensonallred.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LYN L. STAMLER,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>PRO TRUCKING, INC., a Minnesota Domestic Corporation d/b/a PRO ADVANTAGE; GEOFFREY LUNNING; DOES 1 through 20, inclusive; and ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:22-cv-02023<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE PROPOSED JOINT PRETRIAL ORDER (SECOND REQUEST)** |
| PRO TRUCKING, INC., a Minnesota Domestic Corporation; GEOFFREY LUNNING<br><br>　　　　Third-Party Plaintiffs,<br>　　vs.<br><br>ADVENTURE PILOTING, a Utah Company, JAMIE LYNNE HOLDAWAY; DOES 1 through 20, inclusive; and ROE BUSINESS ENTITIES 1 through 20, inclusive.<br><br>　　　　Third-Party Defendants. | |

　　　　The parties, by and through their undersigned counsel of record, hereby stipulate and agree to an extension of the deadline to file the Proposed Joint Pretrial Order.

　　　　The Proposed Joint Pretrial Order is currently due by July 24, 2024. The parties participated in a private mediation on July 10, 2024. The parties are continuing to work together to attempt to reach a resolution.

///

///

1  As such, the parties stipulate and agree to jointly ask the Court to extend the deadline to submit
2  the Proposed Joint Pretrial Order to August 7, 2024.
3  IT IS SO STIPULATED.
4  Dated this 24th of July, 2024.

5  BENSON ALLRED INJURY LAW                 BREMER WHYTE BROWN & O'MEARA LLP

7  /s/ Joshua Benson                         /s/ Melissa Ingleby
   Joshua L. Benson, Esq.                    Scott W. Ulm, Esq.
   Nevada Bar No. 10514                      Nevada Bar No. 12652
8  333 N. Rancho Drive, Suite 420            Melissa Ingleby, Esq.
   Las Vegas, Nevada 89106                   Nevada Bar No. 12935
9  *Attorneys for Plaintiff*                 1160 N. Town Center Drive, Suite 250
                                             Las Vegas, Nevada 89144
10                                           *Attorneys for Defendants/Third Party Plaintiffs,*
                                             *Pro Trucking, Inc. & Geoffrey Lunning*

12 DENNETT WINSPEAR, LLP

14 /s/ Ryan Dennett
   Ryan L. Dennett, Esq.
   Nevada Bar No. 5617
15 3301 N. Buffalo Drive, Suite 195
   Las Vegas, Nevada 89129
16 *Attorneys for Third-party Defendants,*
   *Adventure Piloting and Jamie Lynn Holdaway*

18 **IT IS SO ORDERED.**

20                                           DATED: July 25, 2024

23                                           _____
                                             United States Magistrate Judge