SCOTT W. ULM, ESQ.
Nevada State Bar No. 12652
MELISSA INGLEBY, ESQ.
Nevada State Bar No. 12935
ASHLEY L. ZURKAN, ESQ.
Nevada State Bar No. 16473
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:   (702) 258-6662
sulm@bremerwhyte.com
mingleby@bremerwhyte.com
azurkan@bremerwhyte.com

Attorneys for Defendants,
PRO TRUCKING, INC. d/b/a PRO ADVANTAGE
& GEOFFREY LUNNING

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LYN L. STAMLER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PRO TRUCKING, INC., a Minnesota Domestic Corporation d/b/a PRO ADVANTAGE; GEOFFREY LUNNING; DOES 1 through 20, inclusive; and ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-02023-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>[ECF No. 47] |
| PRO TRUCKING, INC., a Minnesota Domestic Corporation; GEOFFREY LUNNING,<br><br>　　　　Third-Party Plaintiffs,<br><br>　vs.<br><br>ADVENTURE PILOTING, a Utah Company, JAMIE LYNNE HOLDAWAY; DOES 1 through 20, | |

1

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1473.012  4890-7614-1031.1
4873-9112-0446, v. 3

inclusive; and ROE BUSINESS ENTITIES 1 through 20, inclusive.,

Third-Party Defendants.

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiff LYN L. STAMLER ("Plaintiff"), by and through her attorneys of record, Joshua L. Benson, Esq. of Benson Allred Injury Law, Defendants, GEOFFREY LUNNING and PRO TRUCKING INC. ("Defendants"), by and through their attorneys of record, Scott W. Ulm, Esq., Melissa Ingleby, Esq., and Ashley L. Zurkan, Esq. of Bremer, Whyte, Brown & O'Meara, LLP, (collectively, the "Parties"), and Third-Party Defendants ADVENTURE PILOTING and JAMIE LYNNE HOLDAWAY, by and through their attorneys of record, Ryan L. Dennett, Esq. of Dennett Winspear, and **hereby stipulate and agree to the DISMISSAL WITH PREJUDICE** of all claims for relief asserted in the Complaint in Case No. 2:22-cv-02023.

Each party further agrees to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED this 23rd day of September 2024

**BENSON ALLRED INJURY LAW**

/s/ Joshua Benson
**JOSHUA L. BENSON, ESQ.**
Nevada Bar No. 10514
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
*Attorney for Plaintiff*

DATED this 23rd day of September 2024

**BREMER WHYTE BROWN & O'MEARA, LLP**

/s/ Melissa Ingleby
**SCOTT W. ULM., ESQ.**
Nevada State Bar No. 12652
**MELISSA INGLEBY, ESQ**.
Nevada Bar No. 12935
**ASHLEY L. ZURKAN ESQ**.
Nevada Bar No. 16473
*Attorneys for Defendants Lunning and Pro Trucking*

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1473.012 4890-7614-1031.1
4873-9112-0446, v. 3

2

|   |   |
|---|---|
| 1 | |
| 2 | *Stamler v Pro Trucking* |
| 3 | *Case No. 2:22-cv-02023* |
| 4 | *Stipulation and Order to Dismiss with Prejudice* |

1
2  *Stamler v Pro Trucking*
3  *Case No. 2:22-cv-02023*
4  *Stipulation and Order to Dismiss with Prejudice*

5  DATED this 23rd day of September
6  2024

7  **DENNET WINSPEAR, LLP**

8  By: */s/ Ryan Dennett*
9  **RYAN L. DENNETT., ESQ.**
10 Nevada State Bar No. 5617
   3301 N. Buffalo Drive, Suite 195
11 Las Vegas, Nevada 89129
   *Attorneys for Defendants*
12 *Adventure Piloting and Jamie Lynn*
13 *Holdaway*

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1473.012 4890-7614-1031.1
4873-9112-0446, v. 3

3

**ORDER**

Based upon the stipulation of the parties and with good cause appearing, **IT IS HEREBY ORDERED** that **this case is dismissed with prejudice**, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
United States District Judge
Dated: September 24, 2024

Respectfully submitted,

BREMER WHYTE BROWN & O'MEARA LLP

By: */s/ Melissa Ingleby*
SCOTT W. ULM, ESQ.
Nevada State Bar No. 12652
MELISSA INGLEBY, ESQ.
Nevada State Bar No. 12935
ASHLEY L. ZURKAN, ESQ.
Nevada State Bar No. 16473
*Attorneys for Defendants*
PRO TRUCKING, INC. d/b/a
PRO ADVANTAGE & GEOFFREY LUNNING

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

2

1473.012  4890-7614-1031.1
4873-9112-0446, v. 3